UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

__Southern__ DIVISION

**FILED**
JUL 03 2012
[signature] CLERK

CIV. 12-4068-KES

Dean Cochrun,

Plaintiff/Petitioner,

vs.

Sioux Valley Hospital and Unknown Doctor

Defendant/Respondent.

**NOTICE OF APPEAL**

Notice is hereby given that Dean Cochrun Plaintiff/Petitioner above named, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order Of Dismissal (Judgment, Order, etc.) entered in this action on the 30th day of May, 2012.

Dated this 19th day of June, 2012.

_Dean Cochrun_
Plaintiff/Petitioner (Pro Se)

PO Box 5911
Address

Sioux Falls, SD 57117
City        State        Zip Code