# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-2741
_____

Dean Cochrun

Plaintiff - Appellant

v.

Sioux Valley Hospital; Unknown Doctor

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:12-cv-04068-KES)
_____

## JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

August 31, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans