# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2741

Dean Cochrun

Appellant

v.

Sioux Valley Hospital and Unknown Doctor

Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:12-cv-04068-KES)
_____

**MANDATE**

In accordance with the judgment of 08/31/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 26, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit