400 South Phillips Avenue
Sioux Falls, SD 57104

Dear Clerk,                                                  5/28/2013

I am hereby making a motion for a dismissal of all open cases which were filed before 5/26/2013 and I ask that these be dismissed without prejudice.

Dean Cochran v. Douglas Weber
Civ # 12-4071-KES

Dean Cochran v. Deborah Hughes
Civ # 11-5097-JZV

Dean Cochran v. Justin Ashley
Civ # 12-5022-JZV

Dean Cochran v. Sioux Valley Hospital
Civ # 12-4068-KES

Thank you for your time and patience.

Sincerely,
Dean Allen Cochran
Post Office Box 5811
Sioux Falls, SD 57117

PS Included with this letter are two Writ of Habeas Corpus filings, one is for Larry Dean Cochran and the other for Trinity Marie Cochran. Both of these filings are next friend filings.

FILED
JUN 11 2013
CLERK